**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Ft. Myers Division**

F I L E D

Date _____ Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GENERAL AVIATION MANUFACTURERS ASSOCIATION, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:00-CV-572-ftm-29d |
| | ) | |
| v. | ) | (Dispositive Motion) |
| | ) | |
| CITY OF NAPLES AIRPORT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS IN SUPPORT OF DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

**EXHIBITS 11-18**